# JAMES G. BAKER, P.C.
ATTORNEY AT LAW
305 NORTH GREENWOOD STREET
LAGRANGE, GEORGIA 30240
jgbaker@jgbpc.com

TELEPHONE (706) 884-3059                                            FACSIMILE  (706) 882-4062

January 16, 2014

Clerk of Court
U. S. Bankruptcy Court
18 Greenville Street
Newnan, GA 30264

>    In re:   William J. Ayers and Betsy S. Ayers
>             Bankruptcy Case Number: 10-12264-whd

Dear Clerk:

Enclosed please find a distribution check drawn on the account for the above referenced chapter 7 bankruptcy estate. This check represents funds of less than $5.00 for the following creditor:

FSB American Express
c/o Becket and Lee, LLP
P. O. Box 3001
Malvern, PA 19355-0701

Claim No. 17

Please do not hesitate to call if you have any questions.

Sincerely yours,

Patricia J. Lewis
Legal Assistant

Enclosure

[FILED stamp: JAN 21 2014, IN CLERK'S OFFICE, BANKRUPTCY COURT, NORTHERN DISTRICT OF GEORGIA, LOCINA THOMAS, CLERK, BY: DEPUTY CLERK]

| UNITED STATES BANKRUPTCY COURT - NORTHERN DISTRICT OF GEORGIA NEWNAN DIVISION | PROOF OF CLAIM Chapter 7 |
|---|---|
| Name of Debtor: BETSY S. AYERS | Judge W. H. DRAKE, JR. Case Number: 10-12264-WHD |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (The person or other entity to whom the debtor owes money or property):
American Express Bank, FSB

Name and address where notices should be sent:
Becket and Lee LLP
Attorneys/Agent for Creditor
POB 3001
Malvern, PA 19355-0701

Telephone number: 610-644-7800

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $ 86.40

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

2. BASIS FOR CLAIM: CREDIT CARD DEBT
(See instruction #2 on reverse side.)

3. Last four digits of account or other number by which creditor identifies debtor: ***********2006

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side)

4. Secured Claim. (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Value of Property: $_____ Annual Interest Rate _____ %

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____ Basis for perfection: _____

Amount of Secured Claim: $_____ Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507(a)(7)

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507(a)(_).

Amount entitled to priority:
$_____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgements, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

Date: 10/19/10
/s/ THOMAS A. LEE III
Becket & Lee LLP, Attorneys/Agent for Creditor

FOR COURT USE ONLY

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Pet:6/14/10          A08BFV2

```
            U. S. BANKRUPTCY COURT
         NORTHERN DISTRICT OF GEORGIA
                NEWNAN DIVISION

              # 00083513 - MT
              January 21, 2014



Code       Case No      Qty      Amount By

UC         10-12264              $0.46 CK
   Judge  - W. H. Drake
   Debtor - W. J. AYERS


TOTAL:                           $0.46


FROM: James G. Baker
      Chapter 7 Trustee
      305 N Greenwood Street
      Lagrange, GA 30240
```

Page 1